**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No.: 1:19-cv-01903-RM-STV

MEMORY LAMFERS,

    Plaintiff,

v.

THE CALIFORNIA CASUALTY INDEMNITY EXCHANGE,

    Defendant.

---

**ORDER OF CERTIFICATION
TO THE ATTORNEY GENERAL OF THE STATE OF COLORADO
OF CONSTITUTIONAL CHALLENGE TO A STATUTE**

---

    Pursuant to 28 U.S.C. § 2403(b) and Federal Rule of Civil Procedure 5.1(b), the Court certifies to the Attorney General of the State of Colorado that the constitutionality of a Colorado statute is in question in this action, and that no state or any agency, officer, or employee thereof is a party. In this action, Defendant challenges the constitutionality of Colorado Revised Statutes §§ 10-3-1115 and 10-3-1116, and specifically the imposition of any double-damages penalty, arguing they violate Defendant's right to due process and equal protection of laws guaranteed by the Fourteenth Amendment to the United States Constitution and by Article II, Section 25 of the Colorado Constitution. (ECF No. 2, pp. 6-7.)

    The Court grants leave to the State of Colorado to intervene in this action for argument on the constitutional question and, if evidence is otherwise admissible in the case, for

presentation of evidence.  The State of Colorado may intervene on or before September 3, 2019. *See* Fed. R. Civ. P. 5.1(c).  Accordingly, it is

ORDERED that Defendant's challenge to the constitutionality of Colorado Revised Statutes §§ 10-3-1115 and 10-3-1116 is certified to the Colorado Attorney General; and it is

FURTHER ORDERED that the Clerk shall forward a copy of this Order, the Complaint (ECF No. 6), and the Answer (ECF No. 2), all certified under seal, to the Colorado Attorney General.

DATED this 3rd day of July, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge